Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
NICHOLAS THURKETTLE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| NICHOLAS THURKETTLE, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST LAW OFFICES, P.C., and ADIR INTERNATIONAL, LLC, d/b/a Curacao, <br><br> Defendants. | **Case No.:** 8:21-cv-64 |

### **NOTICE OF SETTLEMENT**

Plaintiff, NICHOLAS THURKETTLE, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendants, SOUTHWEST LAW OFFICES, P.C., and ADIR INTERNATIONAL, LLC, d/b/a Curacao, have reached a settlement in this case. Plaintiff anticipates dismissing Defendants, SOUTHWEST LAW OFFICES, P.C., and ADIR INTERNATIONAL, LLC, d/b/a Curacao, with prejudice, within 60 days.

|   |   |
|---|---|
| DATED: June 21, 2021 | Respectfully submitted, <br> AGRUSS LAW FIRM, LLC <br><br> By /s/ Michael S. Agruss <br> Michael S. Agruss <br> Attorney for Plaintiff <br> NICHOLAS THURKETTLE |

# PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 4809 N Ravenswood Ave, Suite 419, Chicago, IL 60640. On June 21, 2021, I served the following documents:

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

On the parties listed below:

Sareen Bezdikian
Raffi Kassabian
BEZDIK KASSAB LAW GROUP
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
sareen@bezdikkassab.com
raffi@bezdikkassab.com

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** I electronically filed the forgoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on June 21, 2021, in Chicago, Illinois.

By:  /s/ Michael S. Agruss
       Michael S. Agruss